United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-10364
Conference Calendar

MITTIE FLEMING,

                                        Plaintiff-Appellant,

versus

ALLEN LEE CRANE, Insured by State Farm
Insurance Group,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CV-83-K
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that the motion by Mittie Fleming for

reconsideration of the Deputy Clerk's order denying her leave to

appeal *in forma pauperis* (IFP) is DENIED.  Payment of the

appellate filing fee would not be an undue hardship.  See Adkins

v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948).

Additionally, Fleming has not shown a nonfrivolous issue for

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

appeal. <u>See</u> <u>Carson v. Polley</u> 689 F.2d 562, 586 (5th Cir. 1982).

The appeal is DISMISSED as frivolous. <u>See</u> 5TH CIR. R. 42.2.